884

■ JOSEPH B. CRAMPTON, Doing Business as CRAMPTON REALTY COMPANY, Appellant, v. MORRIS BOWERS et al., Individually and as Copartners Doing Business under the Name of BOWERS & EFFRON, et al., Respondents, et al., Defendants.— Appeal from a resettled order granting respondents' motion, pursuant to section 124 of the Civil Practice Act, to cancel a notice of pendency of action upon the giving of an undertaking. Order affirmed, with $10 costs and disbursements. *Bienstock* v. *Nista Constr. Co.* (225 App. Div. 534), relied on by appellant was decided prior to the amendment of section 124 in 1930. (Cf. *63rd St. Theatres* v. *Mansion Estates,* 137 Misc. 285, affd. 230 App. Div. 827.) Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ., concur.

■ JOSEPH B. CRAMPTON, Doing Business as CRAMPTON REALTY COMPANY, Respondent, v. MORRIS BOWERS et al., Individually and as Copartners Doing Business under the Name of BOWERS & EFFRON, et al., Appellants, et al., Defendants.— Appeal from so much of an order as denies appellants' motion to cancel a notice of pendency of action without requiring the making of any deposit or the giving of any undertaking. Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ., concur.

■ EDWARD DORRITIE, Appellant, v. CHARLES BUNDA et al., Respondents. — In an action to recover damages for personal injuries suffered when plaintiff fell on a stairway in a multiple dwelling, the appeal is from an order granting a motion to dismiss the complaint at the close of plaintiff's case and from the judgment entered thereon. Judgment unanimously affirmed, with costs. No opinion. Appeal from order dismissed, without costs. No such order is printed in the record. Present — Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.

■ MORTON GOLDBERG, Appellant, v. BERNICE GOLDBERG, Respondent.— In an action by a husband for separation, the appeal is from so much of an order as awards temporary alimony of $200 a week and a counsel fee of $3,500, with leave to apply to the trial court for an additional counsel fee for the prosecution of the action. Order, insofar as appealed from, affirmed, with $10 costs and disbursements. The best protection for a husband in such a case as this is to seek a speedy trial in which the facts can be fully developed. An award of temporary alimony based on conflicting affidavits should have no effect upon the Trial Justice in his determination as to whether permanent alimony should be awarded and the amount thereof, if awarded. (*Leonard* v. *Leonard,* 1 A D 2d 981; *Bleiman* v. *Bleiman,* 272 App. Div. 760.) Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ., concur.

■ In the Matter of BERNARD J. KESSEL et al., Appellants, against WALTER C. MICHAELIS et al., Constituting the Board of Zoning Appeals of the Town of Hempstead, Nassau County, Respondents, and MONTE AGELOFF et al., Intervenors-Respondents.— Proceeding pursuant to article 78 of the Civil Practice Act by neighboring owners of dwellings in a residential district to review a determination of respondents, constituting the Board of Zoning Appeals of the Town of Hempstead, which granted an extension of a business use as a special exception on condition that a 30-foot buffer strip with fence and planting area be maintained. The appeal is from an order dismissing the petition on the merits. Order unanimously affirmed, with $50 costs and disbursements. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.